IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA RYAN MURPHY                                                                                    PLAINTIFF
ADC #760343

V.                                           NO: 1:15CV00044 JM

WENDY KELLY *et al*                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE